DORA ROTHCHILD, an Infant, by ELIAS JACOBS, Her Guardian ad Litem, Respondent, v. CHANE PEARLMAN, Defendant. M. DAVID MORROW, Attorney,

Appellant.— Order substituting attorneys, fixing the amount of the lien and directing the transfer of papers modified so as to provide that the papers be surrendered by the retiring attorney on payment to him of the sum of thirty-three dollars and fifty cents, representing his disbursements in the action. As so modified the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.